AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MALCOLM ASLAND PETERSON,

       Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV420-038
CV420-039

CHATHAM COUNTY DENTENTION CENTER and
CHATHAM COUNTY DENTENTION MEDICAL
CENTER/STAFF,

       Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 11, 2022, these cases are dismissed without prejudice. These cases stands closed.



| April 11, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
| | *Candy Cashell* |
| | *(By) Deputy Clerk* |